Brant
v.
Fowler.

BRANT, ex dem. BUCKBEE and wife, *vs.* FOWLER.

*Where there are several causes at issue in which the question is the same, and which depend upon the same evidence, the proper course for a plaintiff to avoid the necessity of trying each of the causes, and to prevent motions for judgment as in case of nonsuit in the causes not tried, is to apply to the court for a rule that one of the causes be tried, and that the others abide the event.*

MOTION for judgment as in case of nonsuit. There were two causes noticed for trial at the Westchester circuit against the defendant, in which the questions were the same, and the evidence the same. The circuit judge refused to try both. The plaintiff elected to try one of the causes, but omitted to give a stipulation that the cause remaining untried should abide the event of that tried. The defendant obtained a verdict, and the plaintiff made a case. The defendant moved for judgment as in case of nonsuit for not trying the second cause.

*W. Nelson,* for defendant.

*Van Dyke,* for plaintiff.

*By the Court,* SUTHERLAND, J. The defendant is entitled to his rule, unless the plaintiff stipulates to try at the next circuit, and pays the costs. The proper course, where there are several causes at issue in which the question is the same, and which depend upon the same evidence, is to apply to the court for a rule that one of the causes be tried, and that the others abide the event. By doing so, the plaintiff will prevent applications for judgment as in case of nonsuit in the causes not tried. The plaintiff here having omitted to stipulate that this cause should abide the event of that tried, the defendant must have judgment as in case of nonsuit, unless the plaintiff now stipulate that this cause shall abide the event of the cause which has been tried.